UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                             Case Number: 4:19–cr–00719

Charles McCreary, Jr
Scot Fucito
Christopher McIntosh
Jason Brown
Michael Goodwin
Matthew Dowell

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/23/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   January 17, 2020

David J. Bradley, Clerk