UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Houston Division

| UNITED STATES OF AMERICA | Criminal No. 19-CR-719-S2 |
|---|---|
| v. | Hon. Gregg Costa |
| CHARLES MCCREARY ET AL, *Defendants* | Trial Date: March 28, 2022 |

## **GOVERNMENT'S TRIAL EXHIBIT LIST**

| GX | Description | Offered | Admitted |
|---|---|---|---|
| **100 Series** | | | |
| 101. | Samsung tablet seized from McCreary residence | | |
| 102. | NuVision tablet seized from McCreary residence | | |
| 103. | Kesu external hard drive seized from McCreary residence | | |
| 104. | Hard drive(s) containing extractions and forensic images of McCreary's seized devices | | |
| 105. | Search warrant photographs for McCreary residence | | |
| 106. | Waiver of rights form signed by McCreary | | |
| 107. | McCreary – recorded statement #1 | | |
| 108. | McCreary – child pornography seized during execution of search warrant | | |
| 109. | Screenshots of notes from seized Samsung tablet | | |
| 110. | Email response from River City Media re: summons | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 111. | Summons response from Comcast | | |
| 112. | Summons response from T-Mobile | | |
| 113. | Email response from textuploader.com re: summons | | |
| 114. | Judgment of prior federal conviction of Charles McCreary in 4:04-cr-419 (S.D. Tx.) | | |
| 115. | Demonstrative exhibit documenting operation of IRC protocol | | |
| 116. | Demonstrative exhibit depicting undercover record of Undernet and accessibility of child pornography | | |
| 117. | Demonstrative exhibit depicting log-in process for 50Lashes and accessibility of child pornography | | |
| 118. | Demonstrative exhibit depicting log-in process for FreeIRC and accessibility of child pornography | | |
| 119. | Screenshot of textuploader.com instructions for accessing 50Lashes | | |
| 120. | Demonstrative exhibit of undercover video taken on 50Lashes website | | |
| 121. | Child pornography video "Cool right" found on device and posted | | |
| 122. | Child pornography video "Selina-Rims-12.2018.1V7A27.42" found on device and posted | | |
| 123. | Photo of McCreary | | |
| 124. | Sex offender registration forms for McCreary | | |
| 125. | McCreary jail call on May 25, 2021 | | |
| **200 Series** | | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 201. | Self-built desktop seized from McIntosh residence | | |
| 202. | Dell laptop seized from McIntosh residence | | |
| 203. | Apple iPhone 5S from McIntosh residence | | |
| 204. | Asus laptop seized from McIntosh residence | | |
| 205. | SanDisk thumb drive seized from McIntosh residence | | |
| 206. | Western Digital external hard drive seized from McIntosh residence | | |
| 207. | Hard drives containing extractions and forensic images of McIntosh's seized devices | | |
| 208. | Search warrant photographs for McIntosh residence | | |
| 209. | McIntosh – child pornography seized during execution of search warrant | | |
| | 209-A: Demonstrative exhibit depicting accessibility of child pornography posted by McIntosh | | |
| 210. | Photo of McIntosh | | |
| **300 Series** | | | |
| 301. | Self-built desktop seized from Brown residence | | |
| 302. | Acer laptop seized from Brown residence | | |
| 303. | Fujitsu external hard drive seized from Brown residence | | |
| 304. | Hard drive(s) containing forensic images of Brown's seized devices | | |
| 305. | Search warrant photographs for Brown residence | | |
| 306. | Brown- child pornography seized during execution of search warrant | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 307. | Photo of Brown | | |
| **400 Series** | | | |
| 401. | OnePlus 5T cell phone seized from Goodwin residence | | |
| 402. | ACEPC miniPC seized from Goodwin residence | | |
| 403. | Seagate external hard drive seized from Goodwin residence | | |
| 404. | HP Envy desktop seized from Goodwin residence | | |
| 405. | Hard drive(s) containing extractions and forensic images of Goodwin's seized devices | | |
| 406. | Search warrant photographs for Goodwin residence | | |
| 407. | Goodwin – child pornography seized during execution of search warrant | | |
| 408. | Photo of Goodwin | | |
| **500 Series** | | | |
| 501. | HP Pavilion desktop seized from Dowell residence | | |
| 502. | Gateway laptop seized from Dowell residence | | |
| 503. | Acer laptop seized from Dowell residence | | |
| 504. | Seagate 1TB hard drive seized from Dowell residence | | |
| 505. | HGST external hard drive seized from Dowell residence | | |
| 506. | Fujitsu external hard drive seized from Dowell residence | | |
| 507. | Samsung Galaxy Note 9 cell phone seized from Dowell residence | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 508. | Seagate 40GB hard drive seized from Dowell residence | | |
| 509. | Hard drive(s) containing extractions and forensic images of Dowell's seized devices | | |
| 510. | Search warrant photographs for Dowell residence | | |
| 511. | Waiver of rights form signed by Dowell #1 | | |
| 512. | Waiver of rights form signed by Dowell #2 | | |
| 513. | Dowell – child pornography seized during execution of search warrant | | |
| | 513-A: File123600 | | |
| | 513-B: File123682 | | |
| | 513-C: Physical Sector 54734376 | | |
| 514. | Email correspondence between SA Conrad and Dowell re: 50Lashes server | | |
| 515. | Screenshots of domain name lookup for NXTGAMINGSOLUTIONS.ORG | | |
| 516. | Screenshots of "NocturnalMaster@hotmail.com" located on GX 509 | | |
| 517. | Logs of text conversations between Dowell and Cohen located on GX 509 | | |
| 518. | Screenshots of contact information for Cohen found on Dowell's device located on GX 509 | | |
| 519. | Summons response from ViaSat | | |
| 520. | Summons response from GoDaddy | | |
| 521. | Summons response from Microsoft | | |
| 522. | Summons response from BlazingHog | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 523. | Screenshots showing call log records between Dowell and Cohen | | |
| 524. | Photo of Dowell | | |
| **600 Series** | | | |
| 601. | [PLACEHOLDER] | | |
| **700 Series** | | | |
| 701. | Dell laptop seized from Carroll residence | | |
| 702. | HP laptop seized from Carroll residence | | |
| 703. | Samsung S767VL seized from Carroll residence | | |
| 704. | Samsung S120VL seized from Carroll residence | | |
| 705. | Samsung S120VL (2) seized from Carroll residence | | |
| 706. | Samsung S327VL seized from Carroll residence | | |
| 707. | Hard drive(s) containing extractions and forensic images of Carroll's seized devices | | |
| 708. | Search warrant photographs for Carroll residence | | |
| 709. | Carroll – Child pornography seized during execution of search warrant | | |
| 710. | Photo of Carroll | | |
| **800 Series** | | | |
| 801. | HP laptop seized from Kelly residence | | |
| 802. | Dell Inspiron 15 laptop seized from Kelly residence | | |
| 803. | Dell Inspiron 5520 laptop seized from Kelly residence | | |
| 804. | HGST external hard drive seized from Kelly residence | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 805. | Seagate external hard drive seized from Kelly residence | | |
| 806. | Axiom external hard drive seized from Kelly residence | | |
| 807. | PNY thumb drive seized from Kelly residence | | |
| 808. | iPhone 7 seized from Kelly residence | | |
| 809. | Hard drive(s) containing extractions and forensic images of Kelly seized devices | | |
| 810. | Search warrant photographs for Kelly residence | | |
| 811. | Kelly – child pornography seized during execution of search warrant | | |
| | 811-A: Filename: 2KWSq | | |
| 812. | Photo of Kelly | | |
| **900 Series** | | | |
| 901. | Lenovo laptop seized from Delboy person | | |
| 902. | iPhone 6S seized from Delboy person | | |
| 903. | Verbatim thumb drive seized from Delboy person | | |
| 904. | SanDisk thumb drive seized from Delboy person | | |
| 905. | Hard drive(s) containing extractions and forensic images of Delboy seized devices | | |
| 906. | Search warrant photographs for Delboy search | | |
| 907. | Photo of Delboy | | |
| **1000 Series** | | | |
| 1001. | Dell laptop seized from Jorgensen residence | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 1002. | Kyocera cell phone seized from Jorgensen residence | | |
| 1003. | Black thumb drive seized from Jorgensen residence | | |
| 1004. | PNY thumb drive seized from Jorgensen residence | | |
| 1005. | Hard drive(s) containing extractions and forensic images of Jorgensen's seized devices | | |
| 1006. | Search warrant video walkthrough excerpt and photographs from Jorgensen residence | | |
| 1007. | Waiver of rights form signed by Jorgensen #1 | | |
| 1008. | Waiver of rights form signed by Jorgensen #2 | | |
| 1009. | Jorgensen – audio recorded statement #1 | | |
| 1010. | Jorgensen – audio recorded statement #2 | | |
| 1011. | Jorgensen – child pornography seized during execution of search warrant | | |
| | 1011-A: Daddy's Girl Laura Compilation No1 | | |
| | 1011-B: [Offset=27314249728] Unallocated Clusters | | |
| | 1011-C: D6CC5CC1E542C89EDFD1 6EC0332E9C9D333B3BEC | | |
| 1012. | Summons response from Frontier Communications | | |
| 1013. | Judgment of prior state convictions of Craig Jorgensen in 2003 CF 015965 NC and 2003 CF 013354 NC (State of Florida, Sarasota County) | | |
| 1014. | Certified sex offender registration records for Craig Jorgensen (State of Florida, Sarasota County) | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 1015. | HSI Forensic Laboratory – Fingerprint Report & Attachments – by K. Woods, Senior Fingerprint Specialist | | |
| 1016. | Photo of Jorgensen | | |
| **1100 Series** | | | |
| 1101. | Samsung Galaxy S10 seized from Cohen person | | |
| 1102. | Aero laptop seized from Cohen residence | | |
| 1103. | Maxtor external hard drive seized from Cohen residence | | |
| 1104. | Hitachi external hard drive seized from Cohen residence | | |
| 1105. | Hard drive(s) containing extractions and forensic images of Cohen's seized devices | | |
| 1106. | Search warrant video walkthrough excerpt and photographs from Cohen residence | | |
| 1107. | Cohen – child pornography seized during execution of search warrant | | |
| | 1107-A: Pedo - Vicky Compilation (Pthc) 10yo Kiddy Reality Child Get's What She Wants - All Kinds Of Fuck Fun With No Delusions)(14m58s) | | |
| | 1107-B: lol33-32b | | |
| | 1107-C: Andina5_QTmpg 5yo mexican girl very loving dad (PTHC,pedo,incest child sex, kiddy) 16.36.mpg | | |
| 1108. | Excerpts from summons response from PayPal | | |
| 1109. | Summons response from T-Mobile | | |
| 1110. | Summons response from Verizon | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 1111. | Email and response re: InComm investigator re gift card registration | | |
| 1112. | Screenshot of Dowell contact information contained on GX 1105 | | |
| 1113. | Photo of Cohen | | |
| **1200 Series** | | | |
| 1201. | Undercover logs created by SA Conrad | | |
| | 1201-A: Undercover logs for Undernet | | |
| | 1201-B: Undercover logs for 50Lashes | | |
| | 1201-C: Undercover logs for FreeIRC | | |
| 1202. | Logs seized from Samsung tablet of Charles McCreary | | |
| 1203. | Logs seized from NuVision tablet of Charles McCreary | | |
| 1204. | Logs seized from devices of Christopher McIntosh | | |
| 1205. | Logs seized from devices of Jason Brown | | |
| 1206. | Logs seized from devices of Michael Goodwin | | |
| 1207. | Logs seized from devices of Matthew Dowell | | |
| 1208. | Logs seized from devices of Scott Carroll | | |
| 1209. | Logs seized from devices of Patrick Kelly | | |
| 1210. | Logs seized from devices of William Andrew Delboy | | |
| 1211. | Logs seized from devices of Craig Jorgensen | | |
| 1212. | Excerpts of logs relating to Charles McCreary | | |
| 1213. | Excerpts of logs relating to Jason Brown | | |
| 1214. | Excerpts of logs relating to Matthew Dowell | | |

| GX | Description | Offered | Admitted |
|---|---|---|---|
| 1215. | Excerpts of logs relating to Craig Jorgensen | | |
| 1216. | Excerpts of logs relating to Joseph Cohen | | |
| **1300 Series** | | | |
| 1301. | Screenshot of welcome screen for 50Lashes | | |
| 1302. | Screenshot of welcome screen for FreeIRC | | |

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Sherri L. Zack
Assistant United States Attorneys
James E. Burke IV
Trial Attorney
713-567-9465

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Exhibit List was on this 23rd day of February 2022 emailed to the Defendants' attorneys.

*s/ Kimberly Ann Leo*
Kimberly Ann Leo
Assistant United States Attorney